96–1274.  State ex rel. Berman v. Russo.  In Prohibition.  This cause originated in this court on the filing of a complaint for a writ of prohibition.  Upon consideration of relator's expedited motion for stay of common pleas court proceedings or immediate ruling on a relator's complaint,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.